JEFFREY L. FILLERUP (SBN 120543)
jfillerup@rinconlawllp.com
CHARLES P. MAHER (SBN 124748)
cmaher@rinconlawllp.com
RINCON LAW LLP
268 Bush St. #3335
San Francisco, California 94104
Telephone: (415) 996-8199
Facsimile: (415) 680-1712

Attorneys for Plaintiff Marlene G.
Weinstein, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>INDEPENDENT ADOPTION CENTER,<br><br>Debtor. | Case No. 17-40327 RLE<br>Chapter 7<br>Hon. Roger L. Efremsky |
| MARLENE G. WEINSTEIN, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY S. KUHL, SUSAN SPARLING, ALEX KAPLAN, NANCY WORRELL, DAN WARD, WILLIAM KINNANE, CHRISTINE ZWERLING, MARCIA HODGES, and NAVIGATORS INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | Adversary Proceeding No. 17-04020<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date: May 9, 2017<br>Time: 1:30 p.m.<br>Place: 1300 Clay Street<br>Courtroom 201<br>Hon. Roger L. Efremsky<br>Oakland, CA 94612 |

Plaintiff, by and through her counsel Jeffrey L. Fillerup of Rincon Law LLP, Defendant Navigators Insurance Company, by and through its counsel Michael W. Melendez of Cozen O'Connor, and the individual defendants, by and through their counsel, Joseph Breen of Gordon & Rees, hereby stipulate to continue the Status Conference/Discovery Conference, currently set for May 9, 2017 at 1:30 p.m., to either June 6, 2017 at 1:30 p.m. or June 15, 2017 at 11:00 a.m. (which

is the date/time set for the hearing of Navigators Insurance Company's Motion to Dismiss). Navigators Insurance Company prefers the June 15, 2017 date because its counsel, Angelo Savino of Cozen O'Connor, who is from the east coast and is applying to be admitted pro hac vice, will be present for the hearing on Navigators' Motion to Dismiss and wishes to participate in the Status Conference/Discovery Conference. The parties hereby agree to entry of the form of order attached hereto as **Exhibit A**.

DATED: May 1, 2017  RINCON LAW LLP

By: */s/Jeffrey L. Fillerup*
Jeffrey L. Fillerup
Attorneys for Plaintiff Marlene G. Weinstein,
Chapter 7 Trustee

DATED: May 1, 2017  COZEN O'CONNOR P.C.

By: */s/Michael W. Melendez*
Michael W. Melendez
Attorneys for Defendant Navigators Insurance Company

DATED: May 1, 2017  GORDON REES SCULLY MANSUKHANI, LLP

By: */s/Joseph Breen*
Joseph Breen
Attorneys for Defendants Gregory S. Kuhl, Susan Sparling, Alex Kaplan, Nancy Worrell, Dan Ward, William Kinnane, Christine Zwerling and Marcia Hodges

| | |
|---|---|
| JEFFREY L. FILLERUP (SBN 120543)<br>jfillerup@rinconlawllp.com<br>CHARLES P. MAHER (SBN 124748)<br>cmaher@rinconlawllp.com<br>RINCON LAW LLP<br>268 Bush St. #3335<br>San Francisco, CA 94104<br>Tel: (415) 996-8199<br>Fax: (415) 680-1712<br><br>Attorneys for Plaintiff<br>Marlene G. Weinstein,<br>Chapter 7 Trustee | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>INDEPENDENT ADOPTION CENTER,<br><br>Debtor. | Case No. 17-40327 RLE<br>Chapter 7<br>Hon. Roger L. Efremsky |
| MARLENE G. WEINSTEIN, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY S. KUHL, SUSAN SPARLING, ALEX KAPLAN, NANCY WORRELL, DAN WARD, WILLIAM KINNANE, CHRISTINE ZWERLING, MARCIA HODGES, and NAVIGATORS INSURANCE COMPANY, a New York corporation,<br><br>Defendants. | Adversary Proceeding No. 17-04020<br><br>**ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date: May 9, 2017<br>Time: 1:30 p.m.<br>Place: 1300 Clay Street<br>Courtroom 201<br>Hon. Roger L. Efremsky<br>Oakland, CA 94612 |

Based on the stipulation to continue status conference entered into by and among Plaintiff, by and through her counsel Jeffrey L. Fillerup of Rincon Law LLP, Defendant Navigators Insurance Company, by and through its counsel Michael W. Melendez of Cozen O'Connor, and the individual defendants, by and through their counsel Joseph Breen of Gordon & Rees, electronically filed as Docket Entry No. _____ on May _____, 2017, and good cause appearing therefore,

1

**EXHIBIT A**

Case: 17-04020    Doc# 10    Filed: 05/01/17    Entered: 05/01/17 14:37:35    Page 3 of 5

1       IT IS HEREBY ORDERED that the Status Conference/Discovery Conference originally
2 set for May 9, 2017 at 1:30 p.m. is continued to June \_\_\_, 2017 at _____ \_\_.m.

***\*\*\* END OF ORDER \*\*\****

***COURT SERVICE LIST***

No Court Service Required.