

Jeffrey L. Fillerup (SBN 120543)
jfillerup@rinconlawllp.com
Charles P. Maher (SBN 124748)
cmaher@rinconlawllp.com
RINCON LAW LLP
200 California St., Ste. 400
San Francisco, CA 94111
Tel: (415) 996-8199
Fax: (415) 680-1712

Attorneys for Plaintiff/Counterclaim
Defendant Marlene G. Weinstein,
Chapter 7 Trustee

The following constitutes the order of the Court.
Signed: February 28, 2019

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>INDEPENDENT ADOPTION CENTER,<br><br>Debtor. | Case No. 17-40327 RLE<br>Chapter 7<br>Hon. Roger L. Efremsky |
| MARLENE G. WEINSTEIN, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY S. KUHL, SUSAN SPARLING, ALEX KAPLAN, NANCY WORRELL, DAN WARD, WILLIAM KINNANE, CHRISTINE ZWERLING, MARCIA HODGES,<br><br>Defendants. | Adversary Proceeding No. 17-04020 RLE<br><br>**ORDER APPROVING STIPULATION TO WITHDRAW MOTION TO DISMISS AND TAKE MARCH 7, 2019 HEARING DATE OFF CALENDAR** |
| AND RELATED COUNTERCLAIM | |

Based on the STIPULATION TO WITHDRAW MOTION TO DISMISS AND TAKE MARCH 7, 2019 HEARING OFF CALENDAR entered into by and between Plaintiff Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor ("Trustee"), by and through her counsel of record, and Defendants Gregory S. Kuhl, Susan Sparling, Alex Kaplan, Nancy Worrell,

Dan Ward, William Kinnane, and Christine Zwerling (collectively "Director Defendants"), by and through their counsel of record, electronically filed on February 28, 2019 as Docket Entry No. 129, and good cause appearing therefore,

    IT IS HEREBY ORDERED:

    1.    The hearing of the Director Defendants' motion to dismiss, motion for a more definite statement, and motion to strike (collectively "the Motion to Dismiss"), now set for March 7, 2019 at 11:00 a.m., is taken off calendar.

    2.    The Motion to Dismiss filed by defendants Susan Sparling, Alex Kaplan, Nancy Worrell, Dan Ward, William Kinnane, and Christine Zwerling (collectively "Settling Director Defendants") is withdrawn, and that withdrawal shall be with prejudice once the Trustee has filed a dismissal of her claims against the Settling Director Defendants.

    3.    The Motion to Dismiss filed by defendant Gregory S. Kuhl is withdrawn, but without prejudice.

    4.    Defendant Gregory S. Kuhl shall file a responsive pleading to the Trustee's First Amended Complaint within 30 days after the Trustee's dismissal of the Settling Director Defendants or by May 15, 2019, whichever date is later in time.

****** END OF ORDER*****

***COURT SERVICE LIST***

No Court Service Required.