JEFFREY L. FILLERUP (SBN 120543)
jfillerup@rinconlawllp.com
CHARLES P. MAHER (SBN 124748)
cmaher@rinconlawllp.com
RINCON LAW LLP
200 California Street, Suite 400
San Francisco, CA 94111
Telephone: (415) 996-8199
Facsimile: (415) 680-1712

Attorneys for Plaintiff/Counterclaim Defendant
Marlene G. Weinstein, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>INDEPENDENT ADOPTION CENTER,<br><br>Debtor. | Case No. 17-40327 RLE<br>Chapter 7<br>Hon. Roger L. Efremsky |
| MARLENE G. WEINSTEIN, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY S. KUHL, SUSAN SPARLING, ALEX KAPLAN, NANCY WORRELL, DAN WARD, WILLIAM KINNANE, CHRISTINE ZWERLING, MARCIA HODGES,<br><br>Defendants. | Adversary Proceeding No. 17-04020 RLE<br><br>**STIPULATION TO DISMISS THE TRUSTEE'S CLAIMS AGAINST CERTAIN DEFENDANTS, AND TO DISMISS MARCIA HODGES' COUNTERCLAIM** |
| AND RELATED COUNTERCLAIM | |

This Stipulation is entered into by and between Plaintiff/Counterclaim Defendant Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor ("Trustee"), by and through her counsel of record, Jeffrey L. Fillerup of Rincon Law LLP; Defendants Susan Sparling, Alex Kaplan, Nancy Worrell, Dan Ward, William Kinnane, and Christine Zwerling, by and through their counsel of record, Nathaniel R. Lucey of Ericksen Arbuthnot; and Defendant/Counterclaimant Marcia

Hodges, by and through her counsel of record, Joanne Madden of LeClair Ryan, as follows:

WHEREAS, the Trustee has reached a settlement with Landmark American Insurance Company ("Landmark") and with the individual defendants in this case, except defendant Gregory Kuhl, which settlement is referred to herein as the "Landmark Settlement";

WHEREAS, in the main bankruptcy case, the Court entered an order approving the Landmark Settlement on January 9, 2019 (Dock#245);

WHEREAS, in the main bankruptcy case, the Court entered an order on January 24, 2019 finding that the Landmark Settlement was a "good faith" settlement pursuant to California Code of Civil Procedure § 877.6 (Doc#248);

WHEREAS, the parties to the Landmark Settlement have finalized the settlement via a written settlement agreement;

WHEREAS, as part of the Landmark Settlement, certain claims in this adversary proceeding will be dismissed with prejudice via a stipulation and order;

WHEREAS, this stipulation seeks an order dismissing the claims to be dismissed pursuant to the Landmark Settlement;

WHEREAS, the Trustee's claims against defendant Gregory Kuhl will not be dismissed as part of the Landmark Settlement, and so Trustee's claims in this adversary proceeding will continue as to defendant Gregory Kuhl; and

THEREFORE, the parties stipulate to the entry of an order providing as follows:

1. **Dismissal of Certain Claims in the Trustee's First Amended Complaint with Prejudice:** Pursuant to the Landmark Settlement, the parties (excluding defendant Gregory Kuhl) stipulate to the dismissal of all of the Trustee's claims in the First Amended Complaint against defendants Susan Sparling, Alex Kaplan, Nancey Worrell, Dan Ward, William Kinnane, and Christine Zwerling, and Marcia Hodges, with prejudice, each party to bear its own costs and attorney's fees. This dismissal will not apply to defendant Gregory Kuhl. This dismissal will also not apply to any of the Trustee's claims against the former Executive Director of the Debtor, Ann Wrixon.

///

2. **Dismissal of Marcia Hodges' Counterclaim with Prejudice:** Pursuant to the Landmark Settlement, the parties (excluding defendant Gregory Kuhl) stipulate to the dismissal of Marcia Hodges' counterclaim against the Trustee with prejudice, each party to bear its own costs and attorney's fees.

**SO STIPULATED.**

DATED: April 1, 2019      RINCON LAW LLP

By: */s/Jeffrey L. Fillerup*
Jeffrey L. Fillerup
Attorneys for Plaintiff/Counterclaim Defendant
Marlene G. Weinstein, Chapter 7 Trustee

DATED: April 1, 2019      ERICKSEN ARBUTHNOT

By: */s/Nathaniel R. Lucey*
Nathaniel R. Lucey
Attorneys for Defendants Susan Sparling, Alex Kaplan, Nancy Worrell, Dan Ward, William Kinnane, and Christine Zwerling

DATED: April 1, 2019      LECLAIR RYAN

By: */s/Joanne Madden*
Joanne Madden
Attorneys for Defendant/Counterclaimant Marcia Hodges