MICHAEL A. FARBSTEIN (SB#107030)
RAMSEY F. KAWAR (SB#213497)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518

Telephone: (650) 554-6200
Facsimile: (650) 554-6240
Email: maf@farbstein.com; rfk@farbstein.com

Attorneys for Defendant
GREGORY S. KUHL

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re: | CASE NO. 17-40327 RLE |
| INDEPENDENT ADOPTION CENTER, | Chapter 7 |
| Debtor, | |
| MARLENE G. WEINSTEIN, | Adv. Pro. No. 17-04020 RLE |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| GREGORY S. KUHL, SUSAN SPARLING, ALEX KAPLAN, NANCY WORRELL, DAN WARD, WILLIAM KINNANE, CHRISTINE ZWERLING, MARCIA HODGES, and NAVIGATORS INSURANCE COMPANY, a New York corporation, | |
| Defendants. | |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant GREGORY S. KUHL hereby substitutes Farbstein & Blackman, A Professional Corporation as his counsel, in place of Ericksen Arbuthnot.

1

SUBSTITUTION OF ATTORNEY
Adv. Pro. No. 17-04020 RLE

| | |
|---|---|
| 1 | PLEASE TAKE FURTHER NOTICE that Defendant GREGORY S. KUHL |
| 2 | hereby requests that copies of all notices and papers be served on new counsel as follows: |

MICHAEL A. FARBSTEIN (SB#107030)
RAMSEY F. KAWAR (SB#213497)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518

Telephone: (650) 554-6200
Facsimile: (650) 554-6240
Email: maf@farbstein.com; rfk@farbstein.com

Defendant Gregory S. Kuhl hereby consents to the above substitution of counsel.

DATED: March 25, 2019

GREGORY S. KUHL

Farbstein & Blackman, a Professional Corporation hereby consents to the above substitution of counsel.

DATED: March 25, 2019

RAMSEY F. KAWAR
Farbstein & Blackman
A Professional Corporation

Ericksen Arbuthnot hereby consents to the above substitution of counsel.

DATED: March 29, 2019

NATHANIEL R. LUCEY
Ericksen Arbuthnot

2
SUBSTITUTION OF ATTORNEY
Adv. Pro. No. 17-04020 RLE